JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY FUE WONG,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>VILLAGE GREEN OWNERS'<br>ASSOCIATION;<br>ROBERT NICOLAIS, an individual;<br>STEVEN KEYLON, an individual;<br>STEVE HAGGERTY, an individual; and<br>DOES 1 through 500, inclusive,<br><br>　　　　　　Defendants. | Case No.: 2:14-CV-03803 AB (CWx)<br><br>**[PROPOSED] JUDGMENT PURSUANT TO FED. R. CIV. P. 56**<br><br><br><br><br><br>Action Filed: December 23, 2013<br>Trial Date:　　June 30, 2015 |

1    Having granted Defendant The Village Green Owners Association's (erroneously
2 sued as Village Green Owners' Association) Motion for Summary Judgment (Dkt. No.
3 52) on March 20, 2015 (Dkt. No. 60),

4    **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment is
5 entered in favor of Defendant The Village Green Owners Association; that that Plaintiff
6 Dorothy Fue Wong take nothing, and that Defendant The Village Green Owners
7 Association recover its costs.

9 **IT IS SO ORDERED.**

11 Dated: April 7, 2015                    _____
                                          HONORABLE ANDRÉ BIROTTE JR.
12                                        United States District Court Judge